S. LANE TUCKER
United States Attorney

CARLY VOSACEK
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Email: carly.vosacek@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 4:24-cr-00011-SLG-SAO |
|---|---|
| Plaintiff, | COUNTS 1-2: |
| vs. | AIMING A LASER POINTER AT AN AIRCRAFT |
| HEIDI GOODERMOTE, | Vio. of 18 U.S.C. § 39A |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about February 11, 2024, and continuing into February 12, 2024, within the District of Alaska, the defendant, HEIDI GOODERMOTE, knowingly aimed the beam of a laser pointer at an aircraft, namely, 146435 Bell 412 Canadian Air Force designation CH146, operated by the Canadian Air Force, in the special aircraft jurisdiction of the United States.

All of which is in violation of 18 U.S.C. § 39A.

## COUNT 2

On or about February 11, 2024, and continuing into February 12, 2024, within the District of Alaska, the defendant, HEIDI GOODERMOTE, knowingly aimed the beam of a laser pointer at an aircraft, namely, 146436 Bell 412 Canadian Air Force designation CH146, operated by the Canadian Air Force, in the special aircraft jurisdiction of the United States.

All of which is in violation of 18 U.S.C. § 39A.

A TRUE BILL.

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Carly Vosacek
CARLY VOSACEK
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:   July 16, 2024